**FILED**

JUL 11 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KELVIN MICHAEL BESHEARS,<br><br>　　　　Defendant. | Case No. 4:20-cr-00330-YGR-1<br><br>**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |

IT IS HEREBY ORDERED THAT Defendant Kelvin Michael Beshears shall be released forthwith from the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated:  July 11, 2024

_____
DONNA M. RYU
Chief Magistrate Judge